### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ROY EVANS, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 13-0182-CG-B |
| | ) |
| ANKOR ENERGY, LLC et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  Accordingly, defendant Wood Group Production Services, Inc.'s motion to dismiss plaintiff's original complaint is hereby **DENIED**.

**DONE and ORDERED** this 3rd day of June, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE