IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROY EVANS, JR., )
  )
    Plaintiff, )
  )
vs. ) Civil No. 13-0182-CG-B
  )
ANKOR ENERGY, LLC, et al., )
  )
    Defendants. )

## FINAL JUDGMENT

In accordance with the Order granting in part and denying in part the defendants' motion for summary (Doc. 92), it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendants, Ankor Energy, LLC, Offshore Contract Services, LLC and Albert P. Hebert as to Plaintiff's breach of contract claims (Counts III and IV), and against Plaintiff, Roy Evans. Jr. Accordingly, Counts III and IV of the Plaintiff's Second Amended Complaint are hereby **DISMISSED with prejudice**.[1]

**DONE and ORDERED** this 21st day of July, 2014.

                                        /s/ Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE

---

[1] The Plaintiff advised this court on July 18, 2014, that the parties had reached a settlement as to the remaining claims.